UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NGHIA TRUONG,

    Petitioner,

v.

RAYTHEL FISHER, JR., Acting Warden,

    Respondent.

Case No. 13-cv-05342-YGR (PR)

**ORDER DENYING MOTION FOR LEAVE TO PROCEED** *IN FORMA PAUPERIS* **ON APPEAL**

    This matter came before the Court for consideration of Petitioner's *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition was dismissed as untimely under 28 U.S.C. § 2244(d). Dkt. 14. A certificate of appealability was denied in the order dismissing the petition. *See* Rule 11(a), Rules Governing § 2254 Cases, 28 U.S.C. foll. § 2254 (effective December 1, 2009). Petitioner has filed a motion for leave to proceed *in forma pauperis* ("IFP") on appeal. Dkt. 16. Because the appeal is not taken in good faith, Petitioner's request to proceed IFP on appeal is DENIED. *See* 28 U.S.C. § 1915(a)(3).

    This Order terminates Docket No. 16.

    IT IS SO ORDERED.

Dated: May 4, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge